CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 14, 2026**

**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In re: | § | |
| TRICOLOR HOLDINGS, LLC. | § | Chapter 7 |
| Debtors | § | Bankruptcy Case No.: 25-33487 (MVL) |
| JOSE CAMPOS and YVETTE VILLA, on behalf of themselves and on behalf of all other persons similarly situated, | § | |
| Plaintiff, | § | |
| v. | § | |
| Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC, | § | Adv. Pro. No. 25-03107<br><br>**CLASS ACTION ADVERSARY PROCEEDING** |
| Defendants. | § | |

**ORDER GRANTING JOINT STIPULATION**
**AND REQUEST TO STAY PROCEEDINGS**

CAME ON FOR CONSIDERATION the Joint Stipulation and Request to Stay Proceedings (the "Joint Stipulation") which sets forth the agreement of the parties to stay this matter for a period of 180 days starting from September 10, 2026, and to extend Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC ("Defendants") responsive pleading deadline to April 8, 2027.

Having considered the Joint Stipulation signed by the parties and the pleadings in this proceeding, the Court hereby FINDS that good cause exists to grant the Joint Stipulation by entry of this Order. The Court therefore ORDERS that:

(a) This proceeding shall be stayed, without prejudice, for a period of 180 days starting from September 10, 2026 until March 9, 2027;

(b) Defendants' responsive pleading deadline shall be extended until April 8, 2027; and

(c) The stay may be extended upon mutual agreement between the parties; and

(d) The parties' deadline to jointly propose new dates and deadlines to be included in a newly issued scheduling order is also extended. Within five business days following expiration of the stay (including any agreed upon extension), the parties shall jointly propose new dates and deadlines to be included, subject to the Court's concurrence, in a newly issued order.

**### END OF ORDER ###**

Submitted by:

Charles R. Gibbs (TX Bar No. 7846300)
Grayson Williams (TX Bar No. 24124561)
**MCDERMOTT WILL & SCHULTE LLP**
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201-1664
Tel: (214) 295-8000
Fax: (972) 232-3098
E-mail: crgibbs@mcdermottlaw.com
gwilliams@mcdermottlaw.com

Darren Azman (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, New York 10017-3852
Tel: (212) 547-5400
Fax: (212) 547-5444
E-mail: dazman@mcdermottlaw.com

Pankit Doshi (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
415 Mission St., Suite 5600
San Francisco, California 94105-2616
Tel: (628) 218 3800
Fax: (628) 877 0107
E-mail: pdoshi@mcdermottlaw.com

*Counsel to the Chapter 7 Trustee*

-and-

Jason C. Webster
Federal Bar No. 39010
Texas Bar No. 24033318
**WEBSTER VICKNAIR MACLEOD**
6200 Savoy Drive, Suite 150
Houston, Texas 77036
713.581.3900 (telephone)
713.581.3907 (facsimile)
filing@wvmlaw.com

Stuart J. Miller (SJM 4276)
**LANKENAU & MILLER, LLP**
100 Church Street, 8th Fl.
New York, NY 10007
P: (212) 581-5005

Mary E. Olsen
Vance McCrary
**THE GARDNER FIRM, P.C.**
182 St. Francis Street, Suite 103
Mobile, AL 36602
P: (251) 433-8100
F: (251) 433-8181

*Attorneys for Plaintiffs*
*JOSE CAMPOS and YVETTE VILLA*